UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | NO. CR-05-6010-LRS |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| STEPHEN M. GRIFFITT, | |
| Defendant. | |

On February 13, 2006, per the negotiated plea agreement in CR-04-2079-LRS, the Government orally moved to dismiss the charge contained in the above-referenced matter. The Court granted the motion.

Accordingly, the Indictment (Ct. Rec. 17) is **DISMISSED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal.

**DATED** this ___13th___ day of February, 2006.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

ORDER ~ 1